UNITED STATES BANKRUOTCY COURT
EASTERN DISTRICT OF NEW YORK

———————————————————X

In re:                                                              Chapter 13

    Robin A. Benjamin                                Case No. 1-20-41202

———————————————————X   Affirmation in Opposition

TO THE HONORABLE CARLA E. CRAIG, UNITED STATES BANKRUPTCY JUDGE:

Donald Neidhardt, attorney for Robin Benjamin respectfully represents as follows:

1. Debtor Robin Benjamin filed the within Petition on February 26, 2020.

2. Robin Benjamin is a Registered nurse who is employed at New York Presbyterian Hospital. Shortly after the filing of this petition the COVID 19 crisis struck with full force and virtually all of her time was occupied in that endeavor. Because of this she was originally delinquent in providing documents and making her Trustee payments.

3. We were able to get in contact with her recently and advised her of the urgency of providing the necessary documents and making her payments. She explained that it was her unprecedented duties at work that had been taking up het time but did provide all of the requested documents which have been provided to the Chapter 13 Trustee. In addition, she is currently up to date on Trustee payments and will make the May payment on time. As such, the rights of creditors are being protected.

4. She has been advised of the time of the rescheduled 341 meeting on May 13, 2020 at 10:00 A.M. and will be available and attend.

5. Debtor has sufficient income to achieve a confirmed Chapter 13 plan and it would be inequitable to dismiss her case in light of the foregoing.

6. The Attorney compensation disclosure has been amended.

WHEREFORE, it is respectfully requested that the application to dismiss be denied in its entirety

DATED: Bellmore, NY

    May 5, 2020

                                                    Donald Neidhardt

                                                    2712 Grand Ave

                                                    Bellmore, N.Y 11710